UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113
_____

www.cand.uscourts.gov

Susan Y. Soong  
CLERK OF COURT

GENERAL COURT NUMBER  
408-535-5363

November 29, 2017

**Elisabeth Di Tullio**
21433 Broadway Road
Los Gatos, CA 95033

Re:   Richard Johnson v. Di Tullio

Case Number: 17-cv-05975-SVK

Dear Ms. Di Tullio:

     This matter has been randomly assigned to United States Magistrate Judge Susan van Keulen for all purposes including trial.

     The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

     A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. You are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by Wednesday, December 13, 2017. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. This form can be found on the Court's website at www.cand.uscourts.gov.

                                Susan Y. Soong
                                Clerk, United States District Court

                                _____/s/_____
                                Oscar Rivera, Deputy Clerk to the
                                Honorable SUSAN VAN KEULEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DI TULLIO, et al.,<br><br>Defendants. | Case No. 17-cv-05975-SVK<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( ) **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                                                       NAME:
                                                                                        COUNSEL FOR:
                                                                                        (OR "PRO SE:)

                                                                                        _____
                                                                                        Signature