United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 RICHARD JOHNSON,

Plaintiff,

v.

RALPH DI TULLIO, et al.,

Defendants.

Case No. 17-cv-05975-SVK

**CERTIFICATE OF SERVICE**

8
9
10
11
12
13    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14    That on 11/29/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15
16
17
18    Elisabeth Di Tullio
21433 Broadway Road
Los Gatos, CA 95033
19
20
21    Dated: 11/29/2017
22
23                                                        Susan Y. Soong
                                                          Clerk, United States District Court
24
25                                                        By:_____/s/_____
                                                          Oscar Rivera, Deputy Clerk to the
                                                          Honorable SUSAN VAN KEULEN
26
27
28