1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    RICHARD JOHNSON,

         Plaintiff,

     v.

     RALPH DI TULLIO, et al.,

         Defendants.

Case No. 17-cv-05975-SVK

**CERTIFICATE OF SERVICE**

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 12/14/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


   Elisabeth Di Tullio
   21433 Broadway Road
   Los Gatos, CA 95033


Dated: 12/14/2017


                                    Susan Y. Soong
                                    Clerk, United States District Court


                                    By:_____/s/_____
                                    Oscar Rivera, Deputy Clerk to the
                                    Honorable SUSAN VAN KEULEN